FILED
2009 Feb-27  PM 01:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ROSELYN KAY MARSHALL,** | ] |
| **Plaintiff,** | ] |
| v. | ] CV-08-BE-721-S |
| **HALL HOUSING INVESTMENTS, INC.,** | ] |
| **Defendant.** | ] |

## ORDER

This case comes before the court on the "Defendant Hall Housing Investment, Inc.'s Motion for Partial Judgment on the Pleadings as to Count I" (doc. 15). The Plaintiff does not oppose the motion. The court, therefore, GRANTS the Defendant's motion (doc. 15) and DISMISSES WITH PREJUDICE Count I of the Plaintiff's Complaint. The case will continue as to Count II.

DATED this 27th day of February, 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE