FILED

2009 May-19  AM 10:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN  DIVISION

| | |
|---|---|
| ROSELYN KAY MARSHALL, | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ] |
| | ] CV-08-BE-721-S |
| HALL HOUSING INVESTMENTS, INC., | ] |
| | ] |
| | ] |
| **Defendant.** | ] |

### ORDER

This case comes before the court on "Defendant Hall Housing Investment, Inc.'s Motion to Compel" (doc. 22). The court has reviewed the filing and the applicable law. Defendant Hall Housing seeks to compel Plaintiff Roselyn Kay Marshall to respond to discovery requests regarding traffic citations and credit card statements. Defendant Hall Housing asserts that the requested information might help disprove Plaintiff's claims that she had permission to be away from work. The court finds that Defendant Hall Housing's assertions are too tenuous to be reasonably calculated to lead to relevant information without being unduly burdensome. Furthermore, traffic citations are a matter of public record, through which the Defendant is free to search. Defendant Hall Housing has presented no controlling case law, and the court knows of none, that would necessitate granting the motion to compel. The court will not compel the Plaintiff to participate in this kind of fishing expedition by Defendant Hall Housing. The court DENIES the motion to compel (doc. 22).

DATED this 19th day of May, 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE